AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**
▶ SALVADOR BAEZ-BAEZ

**DISTRICT COURT NUMBER**
CR08-0063 CW

FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **JOSEPH P. RUSSONIELLO**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA Chinhayi J. Coleman

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

SALVADOR BAEZ-BAEZ,

E-filing

CR08-0063 CW

DEFENDANT.

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

---

A true bill.

_____ Foreman

Filed in open court this 7th day of February, 2008

_____ Clerk

Bail $ No bail arrest warrant.

Wayne D. Brazil  2/7/08

1  JOSEPH P. RUSSONIELLO (CSBN 44332) E-filing
   United States Attorney



FILED

2008 FEB -7 PM 4: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. **CR08-0063** CW |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| v. | ) | |
| SALVADOR BAEZ-BAEZ, | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

1. Prior to July 5, 2006, the defendant, SALVADOR BAEZ-BAEZ, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about July 5, 2006, the defendant, SALVADOR BAEZ-BAEZ, was removed, excluded, and deported from the United States.

3. After July 5, 2006, the defendant, SALVADOR BAEZ-BAEZ, knowingly and voluntarily reentered and remained in the United States.

4. On or about October 25, 2007, in the Northern District of California, the defendant, SALVADOR BAEZ-BAEZ, an alien, was found in the United States without having

INDICTMENT

1. obtained the express consent of the Attorney General or the Secretary of the Department of
2. Homeland Security to reapply for admission into the United States, in violation of Title 8, United
3. States Code, Sections 1326(a) and (b).
4. 
5. DATED: February 5, 2008                                    A TRUE BILL.
6. 
7.                                                                              /s/
8.                                                                              FOREPERSON
9. JOSEPH P. RUSSONIELLO
   United States Attorney
10. 
11. W. DOUGLAS SPRAGUE
    Chief, Oakland Branch
12. (Approved as to form: /s/
13.                                    AUSA Chinhayi J. Coleman
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

INDICTMENT