1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2

3    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division

4    CHINHAYI J. COLEMAN (CABN 194542)
     Assistant United States Attorney

5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724

8    Attorneys for the United States of America

9

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15   UNITED STATES OF AMERICA,          )    No.  CR 08-0063 CW
                                        )
16                  Plaintiff,          )    **[PROPOSED] ORDER AND PETITION**
                                        )    **FOR WRIT OF HABEAS CORPUS AD**
17             v.                       )    **PROSEQUENDUM**
                                        )
18   SALVADOR BAEZ-BAEZ,                )
                                        )
19                  Defendant.          )
     _____   )

20

21
          TO:    The Honorable Maria-Elena James, United States Magistrate Judge for the
22               Northern District of California:

23

24        The United States of America, by Assistant United States Attorney Chinhayi Coleman,

25   respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the

26   prisoner SALVADOR BAEZ-BAEZ.  The prisoner is requested to appear in the above-

27   referenced matter before Honorable Wayne D. Brazil, United States Magistrate Judge,

28   ///

     WRIT AD PROSEQUENDUM
     CR-08-0063 CW

1  1301 Clay Street, Courtroom #4, Oakland, California on March 19, 2008 at 10:00 am.  His place

2  of custody and jailor are set forth in the attached writ.

3

4  DATED: February 26, 2008                    Respectfully submitted,

5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

6

7                                              _____/s_____
                                               CHINHAYI COLEMAN

8                                              Assistant United States Attorney

9

10  IT IS SO ORDERED.

11

12  DATED: February _____, 2008

13

14  _____
                                               HON. MARIA-ELENA JAMES
                                               United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT AD PROSEQUENDUM
CR-08-0063 CW                     2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:    **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sherif of the Santa Rita Jail:

**GREETINGS**

**WE COMMAND** that on March 19, 2008, at 10:00 am, you have and produce the body of SALVADOR BAEZ-BAEZ, Booking Number AXT601, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that SALVADOR BAEZ-BAEZ may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

        **IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

        **WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.


Dated: February ____, 2008                    CLERK, UNITED STATES DISTRICT COURT

                                                               NORTHERN DISTRICT OF CALIFORNIA


                                           By:    _____
                                                    DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR-08-0063 CW                                3