UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 3/19/08**

**Plaintiff:** United States

**v.**                                                  **No.** CR-04-40183 CW
                                                             CR-08-00063 CW

**Defendant:** Salvador Baez-Baez (present - in custody
                                  interpreter needed)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
not present

**Probation Officer:**
Myra Turner

**Speedy Trial Date:**


   **Hearing:**  Supervise Release Violation/Trial Setting (initial app.)

**Notes:**     This was the defendant's first appearance before District Judge.  Defendant needs an interpreter and one was not present. Defendant request continuance to 4/9/08 for status or change of plea; defense does not have discovery yet.  **Court tentatively continues the matter for one week to 3/26/08 at 2:00 p.m. for status for an interpreter to be present to explain what happened at the hearing today** unless the defendant is comfortable with the AFPD's translation and is OK with continuing the matter to 4/9/08.  **Case also continued to 4/9/08 for motions setting or trial setting or disposition.**  If parties want exclusion of time for effective preparation, they should submit a written stipulation.  Supervised release violation will trail new case.

Copies to: Chambers