1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CABN 194542)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Fax: (510) 637-3724

8  Attorneys for the United States of America

9

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,        )    No. CR 08-0063 CW
                                     )
16              Plaintiff,           )    **[PROPOSED] ORDER AND PETITION**
                                     )    **FOR WRIT OF HABEAS CORPUS AD**
17         v.                        )    **PROSEQUENDUM**
                                     )
18  SALVADOR BAEZ-BAEZ,              )
                                     )
19              Defendant.           )
                                     )
20  ─────────────────────────────────

21
         TO:   The Honorable Joseph Spero, United States Magistrate Judge for the Northern
22             District of California:

23
         The United States of America, by Assistant United States Attorney Chinhayi Coleman,
24
    respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the
25
    prisoner SALVADOR BAEZ-BAEZ.  The prisoner is requested to appear in the above-
26
    referenced matter before Honorable Claudia Wilken, United States District Judge,
27
    ///
28

WRIT AD PROSEQUENDUM
CR-08-0063 CW

1301 Clay Street, Courtroom #2, Oakland, California on April 9, 2008 at 2:00 p.m.  His place of custody and jailor are set forth in the attached writ.

DATED: March 25, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                         _____/s/_____
                                         CHINHAYI COLEMAN
                                         Assistant United States Attorney


IT IS SO ORDERED.

DATED: March _____, 2008

_____
                                         HON. JOSEPH C. SPERO
                                         United States Magistrate Judge

WRIT AD PROSEQUENDUM
CR-08-0063 CW                    2

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: **FEDERICO ROCHA**, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sherif of the Santa Rita Jail:

## GREETINGS

**WE COMMAND** that on April 9, 2008, at 2:00 p.m., you have and produce the body of SALVADOR BAEZ-BAEZ, Booking Number AXT601, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Claudia Wilken, United States District Judge, 1301 Clay Street, Courtroom #2, Oakland, California, in order that SALVADOR BAEZ-BAEZ may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable, United States Magistrate Judge for the Northern District of California.

Dated: March ____, 2008          CLERK, UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

                                 By: _____
                                     DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR-08-0063 CW                           3