BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant
Salvador Baez-Baez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-40183-CW |
| Plaintiff, | ) | 08-0063-CW |
| v. | ) | STIPULATION OF PARTIES; [PROPOSED] ORDER VACATING DATE |
| SALVADOR BAEZ-BAEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of March 26, 2008, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, United States District Judge, be vacated and the TRIAL SETTING OR CHANGE OF PLEA AND REVOCATION HEARING date be set for April 9, 2008 at 2:00 p.m. remain set.

The parties agree and stipulate that the period of time between March 19, 2008 and April 9, 2008 should be excluded under the speedy trial act, 18 U.S.C. §§ 3161(H)(8)(A),(B) in that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

1       The continuance is necessary because defense counsel requires additional time to review

2   discovery, investigate the case, and consult with his client.

3

4

5

6   DATED: 3/25/08                          /S/

7                                           _____
                                            CHINHAYI COLEMAN
8                                           Assistant United States Attorney

9

10  DATED: 3/25/08                          /S/

11                                          _____
                                            JOHN PAUL REICHMUTH
12                                          Assistant Federal Public Defender

13
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
14  "conformed" signature (/S/) within this e-filed document.

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES OF AMERICA VS. SALVADOR BAEZ-BAEZ

# ORDER

FINDINGS OF THE COURT:

1. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

2. The continuance is required to allow the defendant to review discovery.

IT IS HEREBY ORDERED that a period of time between March 19 and April 9, 2008 be excluded under the speedy trial act, 18 U.S.C. Sections 3161(H)(8)(A),(B).  Further, upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the STATUS HEARING date of March 26, 2008, presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, United States District Judge, be vacated and the TRIAL SETTING OR CHANGE OF PLEA AND REVOCATION HEARING date be set for April 9, 2008 at 2:00 p.m. remain set.

DATED:

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE