UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
APR - 9 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:**  United States

v.                                          **No.**  CR-04-40183 CW
                                                    CR-08-00063 CW

**Defendant:**  Salvador Baez-Baez (present - in custody)
                           interpreter used

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Carole Glasser (Spanish)

**Probation Officer:**
Barry Fisher

**Speedy Trial Date:**

Hearing:   Change of Plea

**Notes:**   Parties has reached a global disposition. Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count Indictment charging illegal reentry into the United States following deportation in violation of 8 USC 1326. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 6/25/08 at 2:00 p.m.** Defendant admits supervised release violation.

Copies to: Chambers; probation