UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-08-00063 CW
Defendant's Name: Salvador Baez-Baez
Defense Counsel: John Paul Reichmuth
Referral Date: 4/9/08
Sentencing Date: 6/25/08 @ 2:00 p.m.

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? No  } Spanish

cc: U. S. Probation