UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUN 2 5 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/25/08

**Plaintiff:** United States

v.                                No.  CR-04-40183 CW
                                       CR-08-00063 CW

**Defendant:** Salvador Baez-Baez (present - in custody
                                   interpreter used)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**
Carol Glasser (Spanish)

**Probation Officer:**
Brian Casai and Mark Unalp

**Hearing: Sentencing**

**Notes:** <u>CR-08-00063</u>: Defendant and counsel have read PSR. P/O to correct page 2 of the Sentencing Recommendation and delete the word "violent." Court abides by plea agreement. Court finds Offense Level 10, Criminal History VI, leading to a Guideline Range of 24 - 30 months. The Court sentences the defendant to 24 months custody to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately; if the defendant is unable to pay the special assessment immediately, it shall be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Court will recommend placement as close to the Bay Area as possible. Any remaining counts are dismissed. Defendant remanded to custody of U.S. Marshal. See J&C for details.

<u>CR-040-40183</u>: Court finds Grade B Violation, Criminal History V, leading to a Guideline Range of 18-24 months. Abiding by the plea agreement, the Court sentences the defendant to 12 months custody to run consecutive to the 24 months imposed in CR-08-00063 for a total term of 36 months. No term of supervised release to follow.

Copies to: Chambers